```
                         United States Bankruptcy Court
                         Eastern District of North Carolina
In re:                                                          Case No. 12-07123-RDD
Ronald Pope                                                     Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0417-8         User: webb_ka            Page 1 of 1           Date Rcvd: Jan 08, 2015
                             Form ID: van124          Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2015.
db            +Ronald Pope,    3554 A. Melrose Street,    Triangle, VA 22172-1114
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2015 at the address(es) listed below:
              G. Norman Acker, III    on behalf of Creditor    Internal Revenue Service norman.acker@usdoj.gov,
               usance.bankruptcy@usdoj.gov
              Mathias H. Hunoval    on behalf of Creditor    Ocwen Loan Servicing, LLC matt@hunovallaw.com,
               ken@hunovallaw.com;bankruptcy@hunovallaw.com
              Patrick Donovan Riley    on behalf of Debtor Ronald  Pope priley@prileylaw.com,
               kchesson@prileylaw.com
              Richard M Stearns     nharrison@suddenlinkmail.com
                                                                                             TOTAL: 4
```

VAN–124 Order Continuing Hearing – Rev. 02/12/2014

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
Ronald Pope
 ( debtor has no known aliases )
3554 A. Melrose Street
Triangle, VA 22172

CASE NO.: 12–07123–8–RDD

DATE FILED: October 4, 2012

CHAPTER: 13

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held as follows:

DATE:     Thursday, March 19, 2015
TIME:     11:00 AM
PLACE:    2nd Floor Courtroom, 150 Reade Circle, Greenville, NC 27858

 Objection to Claim Number 3 of Internal Revenue Service filed by Patrick Donovan Riley on behalf of
 Ronald Pope

and to transact all other business as may properly come before the court.

DATED: January 8, 2015

                                        Randy D. Doub
                                        United States Bankruptcy Judge