```
              UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF NORTH CAROLINA
                     GREENVILLE DIVISION
```

```
IN RE:                        )    CASE NO. 12-07123-8-RDD
RONALD POPE,                  )
        Debtor.               )    CHAPTER 13
```

**UNITED STATES' THIRD MOTION TO CONTINUE HEARING**

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, on behalf of the Internal Revenue Service (IRS), hereby requests that the hearing on the Debtor's Objection to IRS Claim (DE #33) be continued from Thursday, March 19, 2015, at 11:00 a.m., at the United States Bankruptcy Court in Greenville, North Carolina.  A recently field amended return requires additional documentation for IRS to process. Debtor has been advised of this and should be submitting paperwork in the near future.

The United States has contacted Debtor's counsel and counsel consents to the Motion to Continue.

WHEREFORE, the United States of America requests that the Court continue the matters set for March 19, 2015, for at least 60 days.

Respectfully submitted, this 16th day of March, 2015.

    THOMAS G. WALKER
    United States Attorney


    /s/ G. Norman Acker, III
    G. NORMAN ACKER, III
    Attorney for the IRS
    Assistant United States Attorney
    310 New Bern Avenue, Suite 800
    Raleigh, NC  27601-1461
    Telephone: (919) 856-4530
    Facsimile: (919) 645-5368
    Norman.acker@usdoj.gov
    N.C. Bar No. 12839


**CERTIFICATE OF SERVICE**

I do hereby certify that I have this 16th day of March, 2015, served a copy of the foregoing upon the below-listed parties electronically and/or by placing a copy of the same in the U.S. Mail, addressed as follows:

Ronald Pope
3554-A Melrose Street
Triangle, VA 22172

**Served via CM/ECF:**

Patrick Donovan Riley
Attorney for Debtor

Richard M. Stearns
Chapter 13 Trustee

    /s/ G. Norman Acker, III
    G. NORMAN ACKER, III
    Attorney for the IRS
    Assistant United States Attorney
    310 New Bern Avenue, Suite 800
    Raleigh, NC  27601-1461
    Telephone: (919) 856-4530
    Facsimile: (919) 645-5368
    Norman.acker@usdoj.gov
    N.C. Bar No. 12839