VAN–124 Order Continuing Hearing – Rev. 01/27/2015

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
Ronald Pope
 ( debtor has no known aliases )
3554 A. Melrose Street
Triangle, VA 22172

CASE NO.: 12–07123–8–SWH

DATE FILED: October 4, 2012

CHAPTER: 13

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held as follows:

DATE:     Thursday, May 21, 2015
TIME:     10:30 AM
PLACE:    2nd Floor Courtroom, 150 Reade Circle, Greenville, NC 27858

Objection to Claim Number 3 of Internal Revenue Service filed by Patrick Donovan Riley on behalf of Ronald Pope

and to transact all other business as may properly come before the court.

DATED: March 17, 2015

Stephani W. Humrickhouse
United States Bankruptcy Judge