United States Bankruptcy Court
Eastern District of North Carolina

In re:  
Ronald Pope  
       Debtor

Case No. 12-07123-SWH  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0417-8     User: skinner_d     Page 1 of 1     Date Rcvd: Apr 07, 2015  
                      Form ID: van049     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2015.  
db            +Ronald Pope,    3554 A. Melrose Street,    Triangle, VA 22172-1114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2015 at the address(es) listed below:  
           G. Norman Acker, III    on behalf of Creditor    Internal Revenue Service norman.acker@usdoj.gov, usance.bankruptcy@usdoj.gov  
           Mathias H. Hunoval    on behalf of Creditor    Ocwen Loan Servicing, LLC bankruptcy@hunovallaw.com, ken@hunovallaw.com  
           Patrick Donovan Riley    on behalf of Debtor Ronald  Pope priley@prileylaw.com, kchesson@prileylaw.com  
           Richard M Stearns    nharrison@suddenlinkmail.com  
                                                                                                                              TOTAL: 4

VAN–049 Order Authorizing Additional Attorney Fees 01/26/2015

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:  
Ronald Pope  
3554 A. Melrose Street  
Triangle, VA 22172

CASE NO.: 12–07123–8–SWH

DATE FILED: October 4, 2012

CHAPTER: 13

ORDER AUTHORIZING ADDITIONAL ATTORNEY FEES

This matter comes before the court upon the application of the debtor's attorney for approval of an additional attorney fee pursuant to Bankruptcy Rule 2016(a) and Local Bankruptcy Rule 2016–1(a).

The court finds that a copy of the application was served upon the debtor and trustee, and that just cause exists to grant the application.

IT IS THEREFORE ORDERED that the debtor's attorney is hereby awarded an additional attorney fee in the sum of $250.00. The trustee is hereby authorized to modify the Chapter 13 plan to extend the duration of the plan and/or increase the monthly amount of the plan in order to provide the funds necessary to pay this additional attorney fee.

DATED: April 7, 2015

Stephani W. Humrickhouse  
United States Bankruptcy Judge