# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | | | |
|---|---|---|---|
| IN RE: | RONALD POPE | ) | Case No. 12-07123-8-SWH |
| | | ) | |
| | Debtor. | ) | Chapter 13 |

## **WITHDRAW OF OBJECTION TO PROOF OF CLAIM**

NOW COMES, Debtor, through undersigned counsel, and submits this Withdraw of Objection to Proof of Claim No. 3 filed on August 20, 2014.

This the 19th day of May, 2015.

/s/ Patrick D. Riley
PATRICK D. RILEY
Attorney for the Debtor
State Bar No 37737
P.O. Box 1298
Wilson, North Carolina 27894-1298
Telephone: (252) 281-4999

## **CERTIFICATE OF SERVICE**

I, Patrick D. Riley of P.O. Box 1298, Wilson, North Carolina 27894; certify :

THAT I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

THAT on the This the 19th day of May, 2015, I served a copy of the attached Withdraw of Objection to Proof of Claim, on those listed below electronically via CM/ECF <u>or</u> at their respective addresses as set forth below, by depositing copies of the Withdraw of Objection to Proof of Claim, in an envelope with adequate postage thereon addressed as set forth below, in a depository of the United States Postal Service.

Richard M. Stearns
Chapter 13 Trustee
(*Via CM/ECF*)

Internal Revenue Service
Attn: Managing Agent
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Office of Chief Counsel
Alamance Building, Mail Stop 24
4905 Koger Blvd.
Greensboro, NC 27407-2734

United States Attorney for
Eastern District of North Carolina
Attn: Civil Process Clerk
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

United States Attorney General
5137 Robert F. Kennedy Bldg.
10th St. and Constitution Ave. NW
Washington, DC 20530

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Patrick D. Riley_____
PATRICK D. RILEY
Attorney for the Debtors
State Bar No 37737
P.O. Box 1298
Wilson, North Carolina 27894-1298
Telephone:  (252) 281-4999